# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LYNN FOLTZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEICO INDEMNITY COMPANY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00131-DAD-SAB<br><br>ORDER RE STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

　　　　This action was removed from the Fresno Superior Court on January 29, 2021, and a scheduling conference is currently set for April 27, 2021.  (ECF Nos. 1, 7.)  On February 23, 2021, Plaintiff filed a motion to remand that is currently pending before the District Judge.  (ECF No. 9.)  On March 22, 2021, the parties filed a stipulation requesting the scheduling conference be continued until thirty (30) days following a decision on the motion to remand.  (ECF No. 11.)

　　　　The Court finds good cause to continue the scheduling conference, however, due to the judicial emergency and backlog of cases in this district, the Court shall set the continued date approximately six (6) months out from today.  Should the motion to remand be denied and this matter becomes ripe for scheduling prior to the continued date, the parties may request that the scheduling conference be advanced.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for April 27, 2021, is CONTINUED to **September 14, 2021, at 11:00 a.m.** in Courtroom 9;

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference; and

3. If the motion to remand is denied and this matter is ripe for scheduling prior to the continued date, the parties may request that the scheduling conference be advanced.

IT IS SO ORDERED.

Dated:   **March 22, 2021**

UNITED STATES MAGISTRATE JUDGE